# EXHIBIT 13

"An essential resource" —PC Magazine

★★★★★ RATING

OVER 757,500 SOLD

#1 Best Seller

# NEWTON's TELECOM DICTIONARY

Telecommunications • Networking • Information Technologies
The Internet • Wired, Wireless, Satellites and Fiber
WANs, MANs, LANs, SANs and PONs • Wi-Fi and WiMAX
DSL, Cable and BPL • VoIP and IPTV • Ethernet and VPNS
and everything voice, data and video – moving or still

MORE THAN 24,500 TERMS DEFINED

24th Updated and Expanded Edition

Harry Newton

# NEWTON's TELECOM DICTIONARY

## 24th Edition

Harry Newton

FLATIRON PUBLISHING
SINCE 1976
LABOREM BONUM FACIMUS
New York

**NEWTON's TELECOM DICTIONARY**

Copyright © 2008 Harry Newton
email: Harry@HarryNewton.com
book site: www.NewtonsTelecomDictionary.net
personal web site: www.HarryNewton.com

All rights reserved under International and Pan-American Copyright conventions, including the right to reproduce this book or portions thereof in any form whatsoever.

Published in the United States by
Flatiron Publishing
50 Central Park West
New York, NY 10023

email: Harry@HarryNewton.com
www.FlatironBooks.com
Printed by Port City Press, Cadmus – a Cenveo Company
1323 Greenwood Road
Baltimore, MD 21208

Distributed in the United States by
National Bank Network
4501 Forbes Boulevard, Suite 200 Lanham, MD 20706

Orders Phone toll-free 1-800-462-6420
Direct 1-717-794-3800
Fax 1-800.338.4550
custserv@nbnbooks.com

Distributed outside the United States by
Elsevier Inc.
11830 Westline Industrial Drive
St. Louis, MO 63146 USA
email: i.internet@elsevier.com
Tel: 1-314-453-7010
Fax: 1-314-453-7095
Toll-free 800-460-3110

**ISBN 13 digit Number: 978-097938-731-9**
March 2008 Twenty Fourth Edition
Steve Schoen, Contributing Editor
Gail Saari, Layout and Production Artist
Gail Saari, Saul Roldan, and Damien Casteneda, Cover design

Newton's Telecom Dictionary 24th Edition March 2008

# Stay In Touch

For suggestions, corrections, updates, special offers: please send an email to Harry@HarryNewton.com

I promise you I won't give your name to anybody. Nobody. Promise.

Harry Newton

POP3 you use an email client (fancy word for software), such as Outlook to pick your messages up automatically. This has one big advantage. All your messages flow into your computer with no work on your part. This also a big disadvantage since it may take time and cost transmission money to download all your messages – including many you may not want. There are now combined web mail/POP3 services called IMAP, which allows you to do both. They let you check which emails you want, delete those you don't want and download those which you want to your computer. Hence you can save time and money on the Internet (assuming you're being billed by the minute), grab those emails you want, disconnect from the Internet, then compose your replies off-line. There are now all sorts of tricks to email.

**web master** See Webmaster.

**web mistress** See Webmistress.

**web page** An HTML document on the Web, usually one of many that together make up a Web site. See World Wide Web.

**web portal** Same as portal site. See Portal Site.

**Web Proxy Auto-Discovery Protocol** See WPAD.

**Web Rage** You've heard of road rage – when one driver gets annoyed by the antics of another driver, and takes it out on him. Well now comes web rage which happens when someone gets annoyed at what someone else says on the Internet. We had one example of web rage in late July 2007. A guy in Virginia who got into a flamewar online decided to make it a bit more literal, and drove 1,300 miles to Waco, Texas to burn down the home of one of this online enemies from a (no, this isn't a joke) picture sharing community. Not only that, but the attacker took photos of each "Welcome to State X" signs and shared them online as he made his way across the country – to let others in the community know he was serious about going after the other guy. What did the one guy do to annoy the other guy? Apparently he had different political views and posted a silly photo claiming the other guy was a nerd. Nerd or not, he's now a convicted arsonist. He's been sentenced to seven years in prison for burning down the other guy's home.

**web search engine** See search engine.

**web server** A web server is a powerful computer which is connected to the Internet or an Intranet. It stores documents and files – audio, video, graphics or text – and can display them to people accessing the server via hypertext transfer protocol (http). A Web server derives its name because it is part of the World Wide Web. See World Wide Web.

**web service provider** A vendor who provides customers with Web Pages on the vendor's computer/s. Frequently, a Web Service Provider will provide additional services such as design help and usage statistics. Often they will just provide the computer space and leave the rest to you. A Web Service Provider may or may not also be an Internet Service Provider.

**web services** In the networking world, the word service is often used to describe a function or set of functions provided by a computer or network device to other devices located on the same network. Services use a typical client/server relationship between network devices and can be as simple as a web server providing a web browser access to a web page, or as complicated as a virtual private network appliance providing a user with access to a private network through several layers of security protocols, encryption, and firewalls. A web service is exactly like a standard network service, except the functions are provided over the Internet. This presents different challenges from those on a private network. In a private network, the servers and clients can be tailored to use any protocol or network architecture to eliminate external problems such as network latency, low bandwidth, and network outages. In contrast, the web is a heterogeneous environment made up of a wide variety of network architectures, where almost every type of Internet device in existence is trying to try to send and try to receive data. For a web service to be useful, it must be able to talk to as many disparate systems as possible. It must be efficient enough to handle multiple requests at once without getting bogged down, and it must be able to provide nearly any service desired by a client. There are many different ways to implement a web service depending on what kind of information you want to send and receive and what structure you want to use to build the service. Some current applications include workflow automation, network management, instant messaging, client access to their accounts, updating settings on network devices (so a network manager only has to perform one action to update all systems in the network), remote learning, chat rooms, and electronic whiteboards. To support a diverse set of users across the Internet, it is important to use a technology that is independent of a computing platform. Such a technology should be compact using little bandwidth and very portable so it can be used on many devices. There are several very powerful languages and protocols that are used between disparate systems located on the Internet, such as Extensible Markup Language (XML), Simple Object Access Protocol (SOAP) and Java. In short, web services is a mechanism for computers to talk to computers using standard Internet-based protocols, especially XML. Whereas the Internet is about how people talk to computers, XML-based web services makes programmatic interactions between computer systems much faster, cheaper and easier than previous distributed computing approaches. Web services means software on demand. Web services means information you want that's assembled specially for you. Examples of web services: An airline can link its online reservation system to that of a car-rental partner, so travelers can book a car at the same time they book a flight. An online auction company can notify bidders when they are outbid or have won an auction, or could partner with other firms to offer alternative shipping, fulfillment or payment options. As companies extend their business processes across the Internet to include customers, partners, suppliers and other constituents, the Internet must provide a new infrastructure that lets applications communicate and interoperate. Web services is being positioned as that infrastructure. See also .NET, Internet, SOAP, UDDI, XML and WSDL.

**web site** Any machine on the Internet that is running a Web Server to respond to requests from remote Web Browsers is a Web Site. In more common usage it refers to individual sets of Web Pages that can be visited with Web Browsers. he front page of a Web site is called its home page. It is also spelled as one word, namely website. See also Internet.

**web site hosting** See Hosting.

**web switches** Web switches are networking devices that provide high-speed switching of traffic, using information in the TCP and HTTP request header to make policy and routing decisions based on the actual content (e.g., URL) being requested. These are products that were built to provide a front end for Web server farms and cache clusters to dynamically direct specific content requests to the best site and best server at that moment. Web switches have the ability to look deep into a URL address to differentiate content requests and make additional decisions, such as determining if the request needs to go through a cache and determining the amount of bandwidth to be set aside for intense customer requests such as streaming video. Customers for these products include portals, content providers, online destinations, Web hosters, and Internet service providers.

**web TV** See WebTV.

**webbed conductors** The manufacturing process that physically binds the conductor insulation of the wire pairs of an unshielded twisted-pair cable.

**webcam** A webcam is a digital video camera. Train the camera on a bridge, for example. Hook the camera up to a phone line and a Web site. Now people from all over the world can visit your web site via the Internet and check out the view from your webcam. Your webcam may transmit photos every second, every minute or every day. It's your choice of how much you want to spend and how exciting the action is. People are putting up Webcams to show the view on popular sites, like stadium construction sites. Many hope to earn money by selling ads on the sites. Some do.

**webcam girl** A young woman who broadcasts live pictures of herself over the World Wide Web. Also called cam-girl, camgirl or cam girl.

**webcasting** Webcasting is the real time delivery of audio, video or animation over the Internet. In short, it's material moving from a distant web site over the Internet to your PC. If you have a high-speed line, the Internet is an ideal way to listen to distant radio stations that contain content which you can't get on your local radio stations. For example, my favorite radio station is Klassik Radio which is broadcast from Hamburg, Germany. To get to it (and a whole bunch of other radio stations) go to http://windowsmedia.com/radiotuner/default.asp. The reason I love Klassik Radio is that it plays great music without commercials. Every so often it has a few moments of news in German. Then it's back to the music.

**Webinar** A seminar that takes place over the web. Often a vendor might make a PowerPoint presentation, with everybody watching the PowerPoint slides on their computer and listening to the presentation over their computer's speakers. When the time comes for questions, they will often call on their phones into a special phone number, which in turn will be patched to the Internet, so everyone on the Webinar can hear the questions and answers. Webinars are much cheaper to run and much more convenient than having to schlepp to some distant city to hear a boring speaker.

**Webisode** A short entertainment program, usually fewer than 10 minutes, delivered on the Web. Webisodes are sitcoms for people with really short attention spans.

**weblock** The Internet data traffic version of gridlock.

**weblog** See Blog.

**webmaster** An Internet term. The Webmaster is the administrator responsible for the management and often design of a company's World Wide Web site. See also Webmistress.

**webmistress** An Internet term. The Webmistress is the female administrator responsible for the management and often design of a company's World Wide Web site. See also Webmaster.