# United States Court of Appeals for the Federal Circuit

---

**UNILOC 2017 LLC,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2021-1498, 2021-1500, 2021-1501, 2021-1502, 2021-1503, 2021-1504, 2021-1505, 2021-1506, 2021-1507, 2021-1508, 2021-1509

---

Appeals from the United States District Court for the Northern District of California in Nos. 4:20-cv-04355-YGR, 4:20-cv-05330-YGR, 4:20-cv-05333-YGR, 4:20-cv-05334-YGR, 4:20-cv-05339-YGR, 4:20-cv-05341-YGR, 4:20-cv-05342-YGR, 4:20-cv-05343-YGR, 4:20-cv-05344-YGR, 4:20-cv-05345-YGR, 4:20-cv-05346-YGR, Judge Yvonne Gonzalez Rogers.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

November 4, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court