**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** July 14, 2023 | **Time:** 1 hour 7 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.:** 20-cv-05343-YGR<br>20-cv-05333-YGR<br>20-cv-05342-YGR<br>20-cv-05339-YGR | **Case Name:** Uniloc 2017 LLC v. Google LLC | |

**Attorney for Plaintiff:** Aaron Jacobs
**Attorney for Defendant:** Boris Lubarsky, Elizabeth Brann, Ariell Bratton and Michael Hendershot

**Deputy Clerk:** Edwin Cuenco **Court Reporter:** Not Reported

**PROCEEDINGS**

Tutorial Hearing – HELD.

Oral Motion to dismiss 20-cv-05339-YGR is granted.

Matters on the 712 Patent is argued and submitted.

In the matter of 20-cv-05343-YGR, 20-cv-05333-YGR and 20-cv-05342-YGR; these three cases remain active.

In the matter of 20-cv-05343-YGR; the case is set for Claims Construction Hearing on Wednesday, July 19, 2023 at 2:00 PM; October 15, 2023 last day to enter into private mediation; August 4, 2023 at 9:01 AM for Compliance Deadline; and April 2024 for filing of Dispositive Motion.